IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTINE D. MEEKS                                                                                       PLAINTIFF

       v.                             Civil No. 13-2102

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                                                                  DEFENDANT

## O R D E R

On the 16th day of April 2013, Plaintiff submitted a perfected request for leave to proceed *in forma pauperis*. ECF No. 7. IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* and motion for Service be granted. ECF No. 2. The court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED on this the 16th day of April 2013.

                                              */s/ J. Marschewski*
                                         HON. JAMES R. MARSCHEWSKI
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.

AO72A
(Rev. 8/82)